# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0587

_____

STEPHEN BREWSTER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 4, 2025

PER CURIAM.

DISMISSED for lack of jurisdiction.

ROBERTS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephen Brewster, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.